RECEIVED
EXHIBIT A

MAY 1 2 2017

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2017-00477 |

EEOC - DENVER FIELD OFFICE

**Colorado Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Nicolas Donez | | 1964 |

Street Address: 516 Custer Street, Brush, CO 80723

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| LEPRINO FOODS COMPANY | Unknown | (970) 867-9351 |

Street Address: 2400 E Beaver Ave, Fort Morgan, CO 80701

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-29-2016  Latest: 02-29-2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I worked for the above named employer from 1998 until February 29, 2016 when I was discharged from my position of Whey Department Foreman. I was violently attacked at work by a white/non-Hispanic co-worker on February 9, 2016 and defended myself. I was then discharged for violating the company's "no tolerance for workplace violence" policy. Other white/non-Hispanic employees have violated this policy, including my attacker previously and on February 29th, but were not discharged.

I believe I have been discriminated against because of my national origin (Mexican) in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 5-5-2017    X Nicolas Donez
Date          Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)