

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Denver Field Office**

303 East 17th Avenue, Suite 410
Denver, CO 80203
(303) 866-1300
TTY (303) 866-1950
FAX (303) 866-1005
1-800-669-4000

July 21, 2017

Leprino Foods Company
Attn: Ms. Risa Esterly, Human Resource Manager
2400 East Beaver Avenue
Fort Morgan, CO 80701

RE: Nicolas Donez v. Leprino Foods Company
Charge No.: 541-2017-00477

Dear Ms. Esterly,

This letter is in further reference to the above captioned charge of discrimination which was recently transferred to the Investigative Unit from the Alternative Dispute Resolution (ADR) Unit. We request that your organization upload your statement of position with copies of any supporting documentation to the Equal Employment Opportunity Commission Portal System. This material will become part of the investigative file and will be reviewed at the time we investigate this charge. Please upload your statement of position within **14 days** (August 04, 2017) of the date of this letter.

Your prompt response to this request will make it easier to conduct and conclude our investigation of this charge. Thank you for your cooperation. Should you have any questions regarding this request, please contact Mr. Matthew Nitta, Office Automation Assistant at (303) 866-1308.

Sincerely,


Holly B Romero
Enforcement Supervisor

EXHIBIT B