# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-CV00285-NRN

NICOLAS DONEZ,

    Plaintiff,

v.

LEPRINO FOODS, INC.

    Defendant.

---

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW ITS MOTION TO DISMISS PLAINTIFF'S TITLE VII CLAIM FOR RACE DISCRIMINATION PURSUANT TO FED.R.CIV.P. 12(b)(6), AND FOR LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT WITH JURY DEMAND

Defendant Leprino Foods Company, incorrectly sued herein as Leprino Foods, Inc., through its undersigned counsel, William C. Brittan and Margaret R. Pflueger, of the law firm of Campbell Killin Brittan & Ray, LLC, for its Unopposed Motion for Leave to Withdraw its Motion to Dismiss Plaintiff's Title VII Claim for Race Discrimination Pursuant to Fed.R.Civ.P. 12(b)(6), and for Leave to File Amended Answer to Plaintiff's Complaint With Jury Demand, states as follows:

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

William C. Brittan, counsel for Defendant conferred with Amy Burma, counsel for Plaintiff, regarding the relief requested in this Motion and was advised by Ms. Burma that she has no objection.

1. On March 21, 2019, Defendant filed its Motion to Dismiss Plaintiff's Title VII Claim for Race Discrimination Pursuant to Fed.R.Civ.P. 12(b)(6). On this date, Defendant also filed its Answer to Count II of Plaintiff's Complaint

2. Defendant's Motion to Dismiss was premised on the fact that Plaintiff's Charge with the EEOC was not filed within the 300 day time limit. Prior to filing the Motion to Dismiss, Defendant had conferred with Plaintiff's counsel who advised defense counsel that Mr. Donez had filed an Intake Questionnaire with the EEOC within the 300 day limit. However, Plaintiff's counsel did not have a copy of the Intake Questionnaire, and was unable to provide it prior to Defendant filing its Motion to Dismiss.

3. Defendant's Motion to Dismiss indicated that if the Intake Questionnaire was filed within the 300 day time limitation, and met the other qualifications to constitute a Charge under 42 USCA §2000(e)-5(b), Defendant would withdraw its Motion to Dismiss.

4. On March 23, 2019, Plaintiff's counsel emailed defense counsel a copy of the Intake Questionnaire purportedly filed by Plaintiff with the EEOC on December 15, 2016. The Intake Questionnaire appears to satisfy the requirements of 42 USCA §2000(e)-5(b), and in accordance with the conferral section of Defendant's Motion to Dismiss, Defendant requests leave to withdraw its Motion to Dismiss without prejudice and to file its Amended Answer to Plaintiff's Complaint. A copy of the Amended Answer is attached hereto as Exhibit A and includes a response to Count I of Plaintiff's Complaint.

WHEREFORE, Defendant Leprino Foods Company, requests that this Court grant it leave to withdraw its Motion to Dismiss Plaintiff's Title VII Claim for Race Discrimination Pursuant to Fed.R.Civ.P. 12(b)(6), and file its Amended Answer to Plaintiff's Complaint.

DATED this 28th day of March, 2019.

**CAMPBELL KILLIN BRITTAN & RAY, LLC**

By: *s/ William C. Brittan*
William C. Brittan, #17643
Margaret R. Pflueger, #39780
270 St. Paul Street, Suite 300
Denver, CO 80206
Phone: (303) 322-3400
Fax: (303) 322-5800
Email: bbrittan@ckbrlaw.com
mpflueger@ckbrlaw.com

*Counsel for Defendant Leprino Foods Company*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on this 28th day of March, 2019, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW ITS MOTION TO DISMISS PLAINTIFF'S TITLE VII CLAIM FOR RACE DISCRIMINATION PURSUANT TO FED.R.CIV.P. 12(b)(6), AND FOR LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT WITH JURY DEMAND** was filed and served through the CM/ECF system on the following:

Amy Burma
Burma Law Offices, LLC
1035 Pearl Street, Suite 325
Boulder, CO 80302
amy@Burmalawoffices.com

*Attorneys for Plaintiff*

*s/Andrea Davis*
*Andrea Davis*