IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00285-NRN

NICOLAS DONEZ,

Plaintiff,

v.

LEPRINO FOODS, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Defendant's Unopposed Motion for Leave to Withdraw its Motion to Dismiss Plaintiff's Title VII Claim for Race Discrimination Pursuant to Fed. R. Civ. P. 12(b)(6), and for Leave to File Amended Answer to Plaintiff's Complaint with Jury Demand (Dkt. #16) is GRANTED finding good cause shown. Defendant's Motion to Dismiss (Dkt. #13) is deemed WITHDRAWN.

     It is further ORDERED that Defendant's Amended Answer (Dkt. #16-1) is ACCEPTED and the Clerk of Court is directed to file it on the docket as the operative pleading in this case.

Date: March 28, 2019