**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00285

NICHOLAS DONEZ,


      Plaintiff,

v.

LEPRINO FOODS COMPANY


      Defendant.

---

**JOINT STATUS REPORT**

---

Plaintiff, Nicolas Donez, by and through Amy K. Burma of Burma Law Offices, and Defendant, Leprino Foods Company, by and through William Brittan of Campbell, Killin, Brittan & Ray, LLC, hereby submit the following Joint Status Report.

**I.      DISCOVERY**

Counsel for Plaintiff and counsel for Defendant have regularly communicated regarding discovery.  The parties have exchanged written discovery, and at this time, do not require the Court to resolve any issues relating to the responses.   The parties have taken and/or scheduled the following depositions:

- Plaintiff on August 26, 2019
- Defendant's Employees on September 12, 2019
- Defendant's 30(b)(6) will take September 23, 2019 or September 24, 2019

**II.     SCHEDULING ORDER**

The parties have engaged in diligent efforts to comply with the deadlines set forth in the Schedule Order.  However, ask the Court to modify the Scheduling Order to extend the deadlines for the parties to disclose experts.  The parties believe that this modification is necessitated by the schedule the parties in good faith have been able to establish for the parties' production of documents and the schedule for the party depositions in this case.

The new proposed deadlines would be Plaintiff disclosure of Affirmative Experts: October 7, 2019; Defendant Rebuttal Experts: October 29, 2019; Plaintiff Rebuttal Expert: November 12, 2019.[1]   Plaintiff will file an Unopposed Motion to Modify the Scheduling Order and proposed order contemporaneous with this Joint Status Report with respect to the modification of the Scheduling Order.

The parties do not have any other issues at this time.

DATED this 3rd day of September, 2019.


By:___*s/ Amy K. Burma*_____          By:___*s/ William C. Brittan*_____
Amy K. Burma (#43261)                       William C. Brittan, #17643
Burma Law Offices, LLC                      Margaret R. Pflueger, #39780
1035 Pearl Street, Suite 325                270 St. Paul Street, Suite 300
Boulder, CO 80302                           Denver, CO 80206
Ph/F: 720-464-5655                          Phone: (303) 322-3400
amy@burmalawoffices.com                     Fax: (303) 322-5800
                                            Email: bbrittan@ckbrlaw.com
ATTORNEY FOR PLAINTIFF                       mpflueger@ckbrlaw.com
                                            ATTORNEY FOR DEFENDANT



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **JOINT STATUS REPORT** was served via electronic mail this 3rd day of September 2019, upon the following Attorney for Defendant:

William C. Brittan, #17643
Margaret R. Pflueger, #39780
270 St. Paul Street, Suite 300
Denver, CO 80206
Phone: (303) 322-3400
Fax: (303) 322-5800
Email: bbrittan@ckbrlaw.com
mpflueger@ckbrlaw.com

---

[1] Currently, the Scheduling Order has the following deadlines for Expert Disclosures:  Plaintiff disclosure of Affirmative Experts: September 9, 2019; Defendant Rebuttal Experts: October 1, 2019; Plaintiff Rebuttal Expert: October 18, 2019.