**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-CV00285-CMA-NRN


 NICOLAS DONEZ,

       Plaintiff,

v.

LEPRINO FOODS, COMPANY, a Colorado
corporation

       Defendant.

---

**AUDIO RECORDING SNIPPETS OF POLICE INVESTIGATION FOUND AT PAGE 39
OF DEFENDANT'S APPENDIX TO MOTION FOR SUMMARY JUDGMENT
PURSUANT TO FED.R.CIV.P. 56**

---

{00392675.DOCX / 1}