**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-CV00285-CMA-NRN

NICOLAS DONEZ,

       Plaintiff,

v.

LEPRINO FOODS COMPANY, a Colorado corporation

       Defendant.

---

**AUDIO RECORDING SNIPPET OF POLICE INVESTIGATION FOUND AT PAGE 17 OF SUPPLEMENTAL APPENDIX TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**