

## EMPLOYEE WARNING RECORD

Employee Name: <u>Nick Donez</u>     DOH: <u>11/3/98</u>     DEPT: <u>Whey</u>

Date Warning Issued by H.R. <u>12/22/03</u>     DEPT MGR: <u>Kevin Cobian</u>

## WARNING

On December 13, 2003, you had a verbal altercation with a warehouse employee. During this conversation, you used inappropriate language directed at the other employee. This performance warning is to inform and impress upon you the importance of professionaly addresssing others in frustrating situations. This is your first performance warning in a one-year period.

### EMPLOYEE'S REMARKS RE: VIOLATION

The absence of any statement on the part of the **employee** indicates his/her agreement with this report as stated, write on back of the white copy if necessary.

### ACTION TO BE TAKEN TO CORRECT VIOLATION

Future occurrences may result in further disciplinary action up to and including suspensions and/or termination.

I have read the "warning" and understand it.

_____ 12-22-03
Manager's Signature       Date

_Nicolas Donez_  12-22-03     _D. Dort_   12/22/03
Employee's Signature  Date     Human Resources Manager Signature  Date

SUPERVISOR/MGR SIGNATURE ISSUING WARNING: _____

DATE ISSUED TO EMPLOYEE: 12/22/03     TIME: 19:30

H.R. COPY

Exhibit 2          CONFIDENTIAL          LEP0580