Fort Morgan Self-Identification Race Data for 30(b)(6) Deposition

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 YTD 11/07/19 |
|---|---|---|---|---|---|---|---|---|
| # of Terminations Voluntary & Involuntary | 72 | 99 | 151 | 47 | 64 | 73 | 104 | 93 |
| # of Hispanic Terminations Voluntary & Involuntary | 21 29% | 34 34% | 55 36% | 15 32% | 24 38% | 28 38% | 40 39% | 31 33% |
| | | | | | | | | |
| # of Hires | 32 | 28 | 103 | 65 | 49 | 87 | 103 | 73 |
| | | | | | | | | |
| # of Hispanic Hires | 17 53% | 10 35% | 60 58% | 27 42% | 20 41% | 39 45% | 49 48% | 36 49% |
| | | | | | | | | |
| # of active employees at year end | 287 | 298 | 345 | 364 | 348 | 361 | 376 | 340 |
| # of active Hispanic employees at year end | 98 34% | 96 32% | 133 39% | 145 40% | 141 41% | 151 42% | 164 44% | 166 49% |
| | | | | | | | | |

**Exhibit 3**



SUPPLYJUSTICE.COM  EXHIBIT  21  11-8-19

**Exhibit 3** cm