| | JOINT EXHIBIT LIST | | | | | | |
|---|---|---|---|---|---|---|---|
| | Donez v. Leprino Food Company, Case No. 19-cv-00285-CMA-NRB | | | | | | |
| | List all Exhibits by Number and Check the Box if Stipulated as to both **Authenticity** and **Admissibility** | | | | | | |
| Exhibit | Description | Stipulated | Admitted | Excluded | Notes | | |
| 1 | Charge of Discrimination | | | | LEP0136 | | |
| 2 | Notice of Right to Sue | | | | LEP138 | | |
| 3 | Intake Questionnaire | | | | DONEZ0001-0004 | | |
| 4 | Police Report of 2/9/2016 Incident | | | | DONEZ0011-0057 | | |
| 5 | Leprino Investigation of 2/9/2016 Incident | | | | LEP140-152 | | |
| 6 | Leprino Handbook | | | | LEP0060-0081 | | |
| 7 | Email dated 2/15/2015 | | | | LEP0988 | | |
| 8 | Levar Termination Letter | | | | LEP0100 | | |
| 9 | Email Dated 2/22/2016 | | | | LEP939-942 | | |
| 10 | Donez Termination Letter | | | | LEP0131 | | |
| 11 | Jury Verdict from People of the State of Colorado v. Frank Levar, Case No. 2106CR36 | | | | DONEZ065 | | |
| 12 | Cory Gettman Warning | | | | LEP1592 | | |
| 13 | Chris Dryer Warning | | | | LEP1158 | | |
| 14 | Email dated 9/18/2012 | | | | LEP0834 | | |
| 15 | H. Donez Letter | | | | LEP0993-994 | | |
| 16 | Email re: Morrison dated 3/1/2016 | | | | LEP0376 | | |
| 17 | Email re: Morrison dated 3/3/2016 | | | | LEP0377 | | |
| 18 | Morrison Warning | | | | LEP1389 | | |
| 19 | Crystal Campos Investigation | | | | LEP1137-1140 | | |
| 20 | Crystal Campos Termination Ltr | | | | LEP0371 | | |
| 21 | Edgar Carillo Termination Ltr | | | | LEP2024 | | |
| 22 | Aherns CV | | | | Expert Disclosure | | |
| 23 | Expert Financial Summary | | | | Expert Disclosure | | |
| 24 | Donez W-2s | | | | DONEZ0147-0159 | | |
| 25 | Defendant's Responses to Plaintiff's Discovery Requests | | | | | | |
| 26 | Leprino Foods' Standards of Ethical and Business Conduct | | | | LEP0005-LEP0030 | | |
| 27 | Leprino Foods' Equal Opportunity Employment Policy | | | | LEP0032-LEP0033 | | |
| 28 | Leprino Foods' Workplace Security Policy | | | | LEP0040-LEP0047 | | |
| 29 | Leprino Foods' Fort Morgan Employee Handbook | | | | LEP0060-LEP0098 | | |
| 30 | Separation Report for Frank Levar | | | | LEP0101 | | |
| 31 | Donez Acknowledgments & Affirmations | | | | LEP0157-LEP0159 | | |
| 32 | Separation Report for Plaintiff | | | | LEP0132 | | |
| 33 | Employee Warning Record | | | | LEP0134 | | |
| 34 | February 10, 2016 Statement of Plaintiff | | | | LEP0147 | | |
| 35 | Investigative Folder regarding incident between Plaintiff and Frank Levar | | | | LEP0156-LEP0237 | | |
| 36 | Fort Morgan Police Dept. Report No. 2 Regarding Altercation | | | | LEP0219-LEP0222 | | |
| 37 | Fort Morgan Police Dept. Report No. 5 Regarding Altercation | | | | LEP0232-LEP0235 | | |

**Exhibit 4**

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | Fort Morgan Police Dept. Report No. 9 Regarding Altercation | | | | DONEZ0043-0044 | |
| 39 | Job Description Foreperson, Nutrition Department | | | | LEP0254-LEP0257 | |
| 40 | Audio Tapes, or portions thereof, produced by the Fort Morgan Police Department in relation to its investigation of the altercation | | | | | |
| 41 | Transcript of FTR proceeding in *People of the State of Colorado v Frank Levar*, Case Number 2016CR36 | | | | | |
| 42 | Memo regarding May, 2009 meeting between Plaintiff, Howie Morrill, Julia Lambert and Kerry Mobley | | | | LEP0394 | |
| 43 | Fort Morgan Self Identification Race Data | | | | Schmidt Deposition Exhibit 21 | |
| 44 | Text messages | | | | LEP01149-LEP1150 | |
| 45 | Photograph received from Fort Morgan Police Department | | | | Deposition Exhibit 4 | |
| 46 | Plaintiff's Response to Defendant's Request for Admissions | | | | | |
| 47 | Documents relating to termination of Edgar Carrillo-Nunez and notes regarding investigation of incident | | | | LEP0391; notes regarding investigation | |
| 48 | Documents realting to terminationof Crystal Campos | | | | LEP0371; LEP1137-LEP1141 | |
| 49 | Documents relating to the discipline, investigation and ultimate termination of Shawn Morrison | | | | LEP0375-LEP0388 & LEP1155-LEP1157; LEP1343 | |
| 50 | Documents relating to complaints made by Hannah Abrego | | | | | |
| 51 | Any document for rebuttal, cross-examination, impeachment, refreshing recollection, prior recollection recorded and/or statement of party opponent | | | | | |
| 52 | Any document identified as a result of deposition designations or counter-designations | | | | | |
| 53 | Any demonstrative or summary exhibit | | | | | |

**Exhibit 4**