EXHIBIT 1

Leprino Foods

# EMPLOYEE WARNING RECORD

Employee Name: Cory Gettman DOH: 04/28/98 DEPT: Processing

Date Warning Issued by P.D.. 07/03/07 DEPT MGR: Manley Frisbie

## WARNING

On 06/26 you were involved in an act of reoccuring horseplay that caused frustration for a co-worker. As a leader, behaviors of this nature should not take place nor will this be tolerated. This one-day suspension from work without pay is to inform and impress upon you the need for you to change your behaviors relating to horseplay and as a leader on the floor set the example of a good work environment.

Suspension Day July 5, 2007

### EMPLOYEE'S REMARKS RE: VIOLATION

The absence of any statement on the part of the **employee** indicates his/her agreement with this report as stated, write on back of the white copy if necessary.

### ACTION TO BE TAKEN TO CORRECT VIOLATION

Future occurrences may result in further disciplinary action up to and including suspensions and/or termination.

I have read the "warning" and understand it.

[signature] 7-3-07 [signature: Manley Frisbie] 7-3-07

Employee Signature: Date: Supervisor/Manager Issuing Warning Date:

Reviewing Manager

[signature: Manley Frisbie] 7-3-07

Dept Manager Signature: Date:

Comments from Suspension:

Reviewed By:

**Employee Copy** ☐

**P.D. Copy** ☒

☒ **SC** ☐ **KM**

CONFIDENTIAL