

Leprino Foods
2400 East Beaver Avenue
Fort Morgan, CO 80701
970 867-9351

# Memo

**To:** Personnel File

**CC:** Chris Dreher

**Date:** 11/07/12

**From:** Shane Cole, Fort Morgan Human Resources Manager

**Re:** Information discovered during investigation about touching other employees.

During a recent investigation related to possible workplace violence and bullying, it was discovered that you (Chris Dreher) physically touch a lot of co-workers during your work time. Even though the information we gathered indicated the touching was likely not sexual in nature, we feel that this behavior is inappropriate for the workplace and needs to be addressed with you.

This memo serves as formal notice to you that we are concerned with the behaviors displayed regarding the touching of co-workers and expect that you will discontinue such behaviors. We are serious about having a workplace free of harassing behaviors and one that is a comfortable place for people to work. In addition to this written notice, we will have you review the Harassment Prevention training materials and re-affirm your acknowledgment of our Harassment Prevention policies.han

1