EXHIBIT 4

## Julia Lambert

| | |
|---|---|
| **Subject:** | Confidential File |
| **Start:** | Tue 3/1/2016 12:00 AM |
| **End:** | Wed 3/2/2016 12:00 AM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Julia Lambert |

Jay brought complaint to Pete regarding Shawn Morrison. After the conversation, Jay stated he was tired of Shawn rough-housing, grabbing shoulders, pretend to choke hold, playing around. He stated he wanted it to stop. We are here to work and not play around. He ask that Shawn be talked to. We told him we would take care of it.