EXHIBIT 5

## Julia Lambert

| | |
|---|---|
| **Subject:** | Discussion with Shawn Morrison |
| **Location:** | Huddle Room |
| **Start:** | Thu 3/3/2016 10:00 AM |
| **End:** | Thu 3/3/2016 10:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Julia Lambert |
| **Required Attendees:** | Julia Lambert; Jim Wilkins |

Jim and I met with Shawn Morrison. I started the conversation with Shawn explaining that I have had complaints from employees that he likes to play around with others, pretending to put others in head lock, grabbing shoulders. He said yes, I like to play around with people. I am not doing it to be mean. I told Shawn this was not appropriate for the work place and he needed to stop. He said, well I just cannot have fun around here anymore. It is getting very stale here. I said you can have fun at work but you need to remember this is a professional work environment and you need to behave professionally. I asked if he remembered harassment training and he said yes. I told him if you recall we ask that all employees conduct themselves in a professional manner, any inappropriate conduct (playing around, touching) could lead to harassment. I asked Shawn if he understood and he said yes. I told Shawn this was a coaching for him and any continued behaviors of this nature would result in further disciplinary action up and including termination. He stated again I am just playing around and don't mean anything by it. I said I understand but this behavior is not to continue. I did remind Shawn of our no retaliation policy because the fact that employees came forward with their concerns. He said I know and it doesn't matter I don't know who said it. I said true. He asked if he could go and I said yes, thanked him for coming to see us.

Julia Lambert, PHR, SHRM-CP
Human Resources Generalist
Fort Morgan Plant
970-542-4263 Desk Phone
970-380-9638 Cell
303-209-6149 Fax
If you are offered a seat on a rocket ship, don't ask which one, you just get on! -Sheryl Sandberg

CONFIDENTIAL                                                       LEP0377