EXHIBIT 6



**EMPLOYEE JOB PERFORMANCE DISCIPLINARY NOTIFICATION**

Employee Name: __Shawn Morrison__          DEPT: __Cheese__

Date Warning Issued: __04/18/2016__          TYPE OF VIOLATION: __Job Performance__

COMPANY'S REMARKS RE: VIOLATION:   **Last and Final Warning**

Shawn,

On March 3, 2016 Julia Lambert, HR Generalist, had a conversation with you on some unacceptable behavior between you and another employee. The other day you were seen picking up another employee around the waist, engaging in this type of behavior is not suited for the work place. This type of unprofessional behavior in the workplace is unacceptable and will not be tolerated.

This warning serves as your last and final warning, any further performance issues within a 12-month period; you will be subject to immediate termination.

EMPLOYEE'S REMARKS RE: VIOLATION

The absence of any statement on the part of the employee indicates his/her agreement with this report as stated, write on back of the white copy if necessary.

_As of 4-18-2016 there will be no more horse play !!!, per SM_

ACTION TO BE TAKEN TO CORRECT VIOLATION

Managers Statement : __Shawn__ was counseled on the above issue. Future occurrences may result in further disciplinary action up to and including suspensions and/or termination.

I have read the "warning" and understand it. Signing below is <u>acknowledging</u> this meeting and receipt of this document. It does not imply agreement or guilt of the warning.

Employee Signature: _[signed]_   Date: _4-18-2016_       Human Resources Signature: _Julia Lambert_   Date: _4/18/16_

Supervisor/ Manager Signature: _[signed]_   Date: _4-18-2016_