

Employee Name: _____Crystal Campos_____         Department: _Processing_____

Date Issued: _____06/16/2017_____

## COMPANY'S REMARKS RE: TERMINATION

Crystal,

We have concluded our investigation pertaining to the incident between you and another operator that occurred on Tuesday, June 13th. During our investigation, you verbally admitted to kicking your co-worker in the groin area. Leprino Foods Company has no tolerance for inappropriate touching in the workplace.

Your employment is terminated effective today, June 16, 2017. Due to the grounds of your termination, you are not allowed on Leprino property, nor are you allowed to attend any Leprino sponsored events.

Regards,

_[signature]_  6/16/17
Julia Lambert, Human Resources Generalist        Date


CC:    Manley Frisbie, Department Manager