

# MEMORANDUM

**To:** Edgar Carrillo-Nunez
**From:** Manley Frisbie, Nutrition Manager
**Date:** November 29, 2018
**Subject:** Violation of Harassment Prevention Policy – Termination of Employment

This purpose of this memo is to notify you of the decision to terminate your employment due to violation of Leprino Foods Company's Harassment Prevention Policy.

On Tuesday, November 20, 2018 you had been involved in a conversation within another employee, after the completion of the conversation, you took a company tool and inappropriate touched the backside of the co-worker. You admitted to this when you spoke to the Human Resources Manager on November 28, 2018. However, during the investigation, it was also determined that after the physical event, there were other gestures and jokes made by you regarding the actions that you did against the other employee. The physical touching of another employee as well as the offensive jokes and gestures following the incident are a direct violation of the Leprino Foods Company's Harassment Prevention Policy which states that "Leprino employees are expected to conduct themselves in a professional and businesslike manner at all times. Harassment, whether verbal, physical, or environmental, is unacceptable and will not be tolerated by the company."

Edgar, after carefully evaluating all the documentation and facts associated with this incident, and pursuant to Leprino Food Company policies and work rules as it relates Harassment Prevention and employee performance expectations, you are hereby notified that your employment with Leprino Foods is being terminated effective today, November 29, 2018.

Enclosed in this packet is your final paycheck for all wages earned and the Information for Departing Employees brochure which explains steps you need to take regarding benefits you may have participated in during your employment.

_____   11-29-18
Manley Frisbie, Nutrition Manager    Date

_____   11-29-18
Witness: Kelly Durham, Human Resources Manager   Date