Schmidt
11/08/2019

Page 13

1 conversation with Ms. Lambert?
2     A.    Approximately 15 to 20 minutes.
3     Q.    And Ms. Lambert no longer works at
4 Leprino, correct?
5     A.    Correct.
6     Q.    Was she terminated, or did she resign?
7     A.    She was terminated.
8     Q.    Anything -- what did you -- when did you
9 speak with Ms. Soja?
10     A.    Approximately two months ago.
11     Q.    What did you discuss with Ms. Soja?
12     A.    Her involvement in the investigation.
13     Q.    Let's go back to Ms. Lambert for a
14 second.
15     What did Ms. Lambert say when you asked
16 her about the investigation?
17     A.    She said she wasn't part of the
18 investigation past taking Frank's statement the day
19 of the incident.  That was her extent of the
20 investigation.
21     Q.    Did Ms. Lambert say anything else?
22     A.    Not that I can recall.
23     Q.    Back to Ms. Soja, you spoke with her
24 approximately two months ago about her involvement
25 with the investigation, correct?

Page 14

1     A.    Correct.
2     Q.    What did Ms. Soja say to you during that
3 phone call?
4     A.    She went through her involvement in the
5 investigation, her involvement in, you know,
6 gathering the facts and then, you know, putting
7 together the corrective action.
8     Q.    What did she say was her involvement
9 with gathering the facts?
10     A.    Mainly oversight of the investigation
11 conducted by Risa.
12     Q.    Did she say anything else with respect
13 to oversight and gathering the facts?
14     A.    Not that I can recall.
15     Q.    Okay.  What -- the second thing you said
16 was gathering facts and the corrective action; is
17 that --
18     A.    Uh-huh.
19     Q.    -- correct?
20     What did Ms. Soja say with respect to
21 corrective action?
22     A.    So Ms. Soja was part of the, you know,
23 looking at all the facts and determining the extent
24 of the violation and recommending the termination of
25 both individuals.

Page 15

1     Q.    And Ms. Esterly and Ms. Lambert, it's my
2 understanding that they both worked exclusively at
3 the Fort Morgan plant; is that correct?
4     A.    Correct.
5     Q.    What was Ms. Soja's position?
6     A.    She was regional human resources
7 manager.
8     Q.    And so she had more than just Fort
9 Morgan plant, correct?
10     A.    Yeah.  She had Fort Morgan and two of
11 the California plants.  Not sure if she was involved
12 in Greeley at that time.
13     Q.    Okay.
14     A.    She also had the Roswell, New Mexico,
15 plant.
16     Q.    How long was your conversation with
17 Ms. Soja?
18     A.    Approximately 20 minutes.
19     Q.    What did Ms. Soja say with respect to
20 her -- the corrective action and her involvement in
21 that?
22     A.    So she was part of the -- I'll call it
23 the decision at the plant level between -- that
24 involved Risa Esterly, Ron Cantwell, and Kelly Soja.
25 And then she was involved in elevating it to me for

Page 16

1 final review and approval on the decision to
2 terminate.
3     Q.    Did she just talk to you about that
4 her -- the fact that she was involved in the plant
5 level and elevating it to you, or did she discuss
6 specifics?
7     A.    She -- I believe she talked about just
8 the chain of events, which were consistent with the
9 notes that I had reviewed.
10     Q.    Okay.  Approximately how long was your
11 conversation with Ms. Soja?
12     A.    Approximately 20 minutes.
13     Q.    Have you spoken with her since?
14     A.    Only via text when she texted me that
15 she just got a promotion in her new job.
16     Q.    Okay.  Let's -- anything else that you
17 can recall from that conversation with Ms. Soja?
18     A.    No.  It was consistent with the notes
19 that I have reviewed and what she had told me back in
20 2016.
21     Q.    When did you speak with Ron Cantwell?
22     A.    Approximately two months ago.
23     Q.    Is Mr. Cantwell still employed with
24 Leprino?
25     A.    He is.

Exhibit 2