

# EMPLOYEE WARNING RECORD

Employee Name: <u>Cory Gettman</u>   DOH: <u>04/28/98</u>   DEPT: <u>Processing</u>

Date Warning Issued by P.D.. <u>07/03/07</u>   DEPT MGR: <u>Manley Frisbie</u>

## WARNING

On 06/26 you were involved in an act of reoccuring horseplay that caused frustration for a co-worker. As a leader, behaviors of this nature should not take place nor will this be tolerated. This one-day suspension from work without pay is to inform and impress upon you the need for you to change your behaviors relating to horseplay and as a leader on the floor set the example of a good work environment.

*Suspension day July 5, 2007*

### EMPLOYEE'S REMARKS RE: VIOLATION

The absence of any statement on the part of the **employee** indicates his/her agreement with this report as stated, write on back of the white copy if necessary.

### ACTION TO BE TAKEN TO CORRECT VIOLATION

Future occurrences may result in further disciplinary action up to and including suspensions and/or termination.

I have read the "warning" and understand it.

Employee Signature: _[signed]_   Date: 7-3-07

Supervisor/Manager Issuing Warning: _[signed Manley Frisbie]_   Date: 7-3-07

Reviewing Manager

Dept Manager Signature: _[signed Manley Frisbie]_   Date: 7-3-07

Comments from Suspension:

Employee Copy ☐
P.D. Copy ☒

Reviewed By:
SC ☒   KM ☐

Exhibit 3    CONFIDENTIAL    LEP1592



**Leprino Foods**
2400 East Beaver Avenue
Fort Morgan, CO 80701
970 867-9351

# Memo

**To:** Personnel File

**CC:** Chris Dreher

**Date:** 11/07/12

**From:** Shane Cole, Fort Morgan Human Resources Manager

**Re:** Information discovered during investigation about touching other employees.

---

During a recent investigation related to possible workplace violence and bullying, it was discovered that you (Chris Dreher) physically touch a lot of co-workers during your work time. Even though the information we gathered indicated the touching was likely not sexual in nature, we feel that this behavior is inappropriate for the workplace and needs to be addressed with you.

This memo serves as formal notice to you that we are concerned with the behaviors displayed regarding the touching of co-workers and expect that you will discontinue such behaviors. We are serious about having a workplace free of harassing behaviors and one that is a comfortable place for people to work. In addition to this written notice, we will have you review the Harassment Prevention training materials and re-affirm your acknowledgment of our Harassment Prevention policies.

1

Exhibit 3                    CONFIDENTIAL                    LEP1158


Leprino Foods

# EMPLOYEE JOB PERFORMANCE DISCIPLINARY NOTIFICATION

Employee Name: __Shawn Morrison__   DEPT: __Cheese__

Date Warning Issued: __04/18/2016__   TYPE OF VIOLATION: __Job Performance__

**COMPANY'S REMARKS RE: VIOLATION:** **Last and Final Warning**

Shawn,

On March 3, 2016 Julia Lambert, HR Generalist, had a conversation with you on some unacceptable behavior between you and another employee. The other day you were seen picking up another employee around the waist, engaging in this type of behavior is not suited for the work place. This type of unprofessional behavior in the workplace is unacceptable and will not be tolerated.

This warning serves as your last and final warning, any further performance issues within a 12-month period; you will be subject to immediate termination.

**EMPLOYEE'S REMARKS RE: VIOLATION**

The absence of any statement on the part of the employee indicates his/her agreement with this report as stated, write on back of the white copy if necessary.

_As of 4-18-2016 there will be no more horse play !!!, per sm_

**ACTION TO BE TAKEN TO CORRECT VIOLATION**

Managers Statement: __Shawn__ was counseled on the above issue. Future occurrences may result in further disciplinary action up to and including suspensions and/or termination.

I have read the "warning" and understand it. Signing below is <u>acknowledging</u> this meeting and receipt of this document. It does not imply agreement or guilt of the warning.

Employee Signature: _[signed SM]_   Date: _4-18-2016_

Human Resources Signature: _[signed Julia Lambert]_   Date: _4/18/16_

Supervisor/Manager Signature: _[signed]_   Date: _4-18-2016_

**Exhibit 3**
REVISED: Disciplinary Action Form – Feb 2015

CONFIDENTIAL

LEP1389



Employee Name:    Crystal Campos          Department:  Processing

Date Issued:    06/16/2017

## COMPANY'S REMARKS RE: TERMINATION

Crystal,

We have concluded our investigation pertaining to the incident between you and another operator that occurred on Tuesday, June 13th. During our investigation, you verbally admitted to kicking your co-worker in the groin area. Leprino Foods Company has no tolerance for inappropriate touching in the workplace.

Your employment is terminated effective today, June 16, 2017. Due to the grounds of your termination, you are not allowed on Leprino property, nor are you allowed to attend any Leprino sponsored events.

Regards,

_Julia Lambert_   6/16/17
Julia Lambert, Human Resources Generalist    Date


CC:    Manley Frisbie, Department Manager

**Exhibit 3**                    CONFIDENTIAL                    LEP0371



# MEMORANDUM

**To:** Edgar Carrillo-Nunez
**From:** Manley Frisbie, Nutrition Manager
**Date:** November 29, 2018
**Subject:** Violation of Harassment Prevention Policy – Termination of Employment

This purpose of this memo is to notify you of the decision to terminate your employment due to violation of Leprino Foods Company's Harassment Prevention Policy.

On Tuesday, November 20, 2018 you had been involved in a conversation within another employee, after the completion of the conversation, you took a company tool and inappropriate touched the backside of the co-worker. You admitted to this when you spoke to the Human Resources Manager on November 28, 2018. However, during the investigation, it was also determined that after the physical event, there were other gestures and jokes made by you regarding the actions that you did against the other employee. The physical touching of another employee as well as the offensive jokes and gestures following the incident are a direct violation of the Leprino Foods Company's Harassment Prevention Policy which states that "Leprino employees are expected to conduct themselves in a professional and businesslike manner at all times. Harassment, whether verbal, physical, or environmental, is unacceptable and will not be tolerated by the company."

Edgar, after carefully evaluating all the documentation and facts associated with this incident, and pursuant to Leprino Food Company policies and work rules as it relates Harassment Prevention and employee performance expectations, you are hereby notified that your employment with Leprino Foods is being terminated effective today, November 29, 2018.

Enclosed in this packet is your final paycheck for all wages earned and the Information for Departing Employees brochure which explains steps you need to take regarding benefits you may have participated in during your employment.

_[signature]_  11-29-18
Manley Frisbie, Nutrition Manager                Date

_[signature]_  11-29-18
Witness: Kelly Durham, Human Resources Manager    Date

**Exhibit 3**                CONFIDENTIAL                LEP2024