Administrative Agency: Fort Morgan Police Dept.   Incident #: 201600002915   Case_Nr: 201600000179

Report No. 7   Entered: 02/19/2016 08:52   By Officer: 00000235 Anthony Gagliano

Report #7

Statement of Officer Tony Gagliano:

On 02/17/16 at 1221 hours Officer Brackett and I responded to 616 West 6th Avenue on a warrant attempt. We were attempting to locate Frank Donald Levar, date of birth 12/11/65. We were able to locate Mr. Levar at his residence. When asked, he stepped outside to speak with us at which time we contacted dispatch and had them run Mr. Levar through CCIC/NCIC. Mr. Levar did come back with a felony warrant out of the Morgan County Courts. This was a no bond warrant that did need confirmation on docket number 2016CR000036.

Prior to being placed into handcuffs Mr. Levar made a statement on his own as we were standing outside his home. The statement he made was; "I only acted in self defense and I never would have hit him if he hadn't hit me first." Mr. Levar was very friendly; he was polite and cooperative during his arrest. Mr. Levar was handcuffed behind his back and the handcuffs were double locked. He was placed in the back seat of my patrol car and transported to the Morgan County Detention Center where he is being held on no bond.

This case is cleared with one adult arrest. End of narrative

235AG/mh
Approved by Officer Gagliano on 02/27/2016
Approved by Sgt. James A. Parks
02/27/2016

Exhibit 4                                                       DONEZ 0038