```
 1              THE COURT:  Sure.
 2              MR. WIESE:  Judge, I have nothing further at this
 3   time.
 4              THE COURT:  Redirect?
 5                      REDIRECT EXAMINATION
 6   BY MS. WIARD:
 7         Q    Detective Vosburg, you interviewed a number
 8   of individuals in this case; correct?
 9         A    Correct.
10         Q    And there were a number -- were there a
11   number of individuals that confirmed that they saw a mallet
12   on the floor in the refinery room near Mr. Donez?
13         A    Yes.
14         Q    As far as other items to collect, did you
15   ever ask to collect any other items?
16         A    We asked for a lot of things, but the lack
17   of cooperation from personnel at Leprino Foods was extremely
18   out of the ordinary.  It wasn't anything customary like we
19   would normally conduct an investigation, and we felt quite
20   hampered by their cooperation.  We asked for a lot of
21   things, but we were denied almost everything.
22         Q    In terms of these other items that were
23   supposed to have been collected, the keys and the pen and
24   those sorts of things, were those items that you wanted to
25   collect?
```

Ashton N. Goethe, RPR

**Exhibit 5**