# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00285

NICOLAS DONEZ,

    Plaintiff,

v.

LEPRINO FOODS COMPANY,

    Defendant.

---

**PLAINTIFF'S FIFTH AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION**

---

    **PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 30(b)(6), Plaintiff Nicolas Donez, by and through his attorney, Amy Burma of Burma Law Offices, LLC, shall take the deposition upon oral examination of Defendant, Leprino Foods Company, through one or more officers, directors, agents or other representatives who shall be designated to testify on the Defendant's behalf regarding all information known or reasonably available to the Defendant with respect to the subject matters identified in Exhibit A. Plaintiff requests that the Defendant provide written notice at least five (5) business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on the Defendant's behalf.

    This deposition shall commence on November 8, 2019 at 10:00 a.m. at the offices of William C. Brittan, 270 St. Paul Street, Suite 300, Denver, CO 80206 or at such other time and location as agreed upon by the parties, and shall be taken before an officer authorized to administer oath by the laws of the State of Colorado and will be recorded by stenographic means.

    DATED this 4th day of November, 2019.

EXHIBIT 2

                Respectfully submitted,

                **BURMA LAW OFFICES, LLC**
                *The original signature is on file at Burma Law Offices, LLC*

By:    /s/ Amy K. Burma
                Amy K. Burma

                ATTORNEY FOR PLAINTIFF
                Amy K. Burma (#43261)
                Burma Law Offices, LLC
                1035 Pearl Street, Suite 325
                Boulder, Co 80302
                Ph/Fax (720) 464-5655
                amy@burmalawoffices.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing **PLAINTIFF'S FIFTH AMENDED NOTICE OF 30(b)(6) DEPOSITION** was served via electronic mail this 4th day of November, 2019, upon the following Attorney for Defendant:

William C. Brittan, #17643
Margaret R. Pflueger, #39780
270 St. Paul Street, Suite 300
Denver, CO 80206
Phone: (303) 322-3400
Fax: (303) 322-5800
Email: bbrittan@ckbrlaw.com
mpflueger@ckbrlaw.com

EXHIBIT 2

## **EXHIBIT A**

1. Factual information relating to any past or present employee at the Fort Morgan Plant that was terminated within four months of filing a workers' compensation claim from January 1, 2012 to the present.

2. Factual information relating to any past or present employee at the Fort Morgan Plant that was terminated for engaging in workplace violence from January 1, 2012 to the present.

3. Factual information relating to any past or present employee at the Fort Morgan Plant that was disciplined for engaging in workplace violence from January 1, 2012 to the present.

4. Factual information relating to the race of all employees at the Fort Morgan Plant that were terminated from January 1, 2012 to the present.

5. Factual information relating to the race of all employees that were hired at the Fort Morgan Plant form January 1, 2012 to the present.

6. Factual information relating to the race of all employees at the Fort Morgan Plant that were hired from January 1, 2012 to the present.

7. Factual information relating to any past or present employee at the Fort Morgan Plant that made a complaint with Leprino Food Company about workplace violence from January 1, 2014 to the present.

8. Factual information relating to claims and/or complaints of discrimination based on race on filed internally or with governmental agencies by Fort Morgan employees from January 1, 2014 to the present.

9. Factual information relating to other claims and/or complaints of retaliation based on filing workers' compensation filed internally with Leprino Food Company or with governmental agencies by Fort Morgan employees from January 1, 2012 to the present.

10. Factual information relating to any investigation conducted by Leprino Food Company regarding to the incident involving Plaintiff and Frank Levar that occurred on February 9, 2016.

11. Factual information relating to Leprino Food Company's involvement, knowledge and/or participation in the criminal investigation relating to the February 9, 2016 incident.

12. Statements obtained by Leprino Food Company at any time regarding the February 9, 2016, incident and/or the claims set forth in Plaintiff's Complaint.

13. Factual information relating to any training, policies or procedures for conducting investigations of complaints of workplace violence, discrimination based on race and/or retaliation for filing workers' compensation at the Fort Morgan Plant.

EXHIBIT 2

14. Factual information relating to the decision to terminate Plaintiff.

15. The identity, address and phone number of every Leprino Food Company's employee who was involved in the decision to terminate Plaintiff and each employee's role in the decision to terminate Plaintiff.

16. Factual information relating to Leprino Food Company's employee policies, procedures, and practices from January 1, 2012 to the present for the Fort Morgan Plan relating to workplace violence, discrimination, retaliation and termination.

17. Factual information relating to employment files, including but not limited to, where and how those records, files, and documents are maintained and updated; the information contained in those records, files, and documents; and the scope of those records, files, and documents (e.g., date limitations).

18. Factual information relating to pay raises and promotions and benefits provided to employees at the Fort Morgan Plant from January 1, 2012 to the present.

19. Factual information relating to Plaintiff's wages, incentives and benefits during his employment.

20. Factual information relating to the defenses asserted by Leprino Food Company in this case.

EXHIBIT 2