**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-CV00285-CMA-NRN

NICOLAS DONEZ,

        Plaintiff,

v.

LEPRINO FOODS COMPANY, a Colorado corporation,

        Defendant.

**[PROPOSED] ORDER REGARDING DEFENDANT'S <u>UNOPPOSED</u> MOTION FOR A TRIAL CONTINUANCE**

This matter comes before the Court on Defendant Leprino Foods Company's ("Leprino Foods"), <u>Unopposed</u> Motion for a Trial Continuance ("Unopposed Motion").

After reviewing the Motion and the record, the Court hereby grants Leprino Foods' Motion.

**IT IS HEREBY ORDERED:**

The five-day jury trial set to commence on July 13, 2020 is hereby VACATED to a date to be determined.

                                        BY THE COURT

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge