IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-00285-CMA-NRN

NICOLAS DONEZ,

    Plaintiff,

v.

LEPRINO FOODS, INC.,

    Defendant.

_____

**ORDER DISBURSING FUNDS**
_____

This matter is before the Court on Defendant Leprino Foods, Inc.'s Motion for Disbursement of Funds from the Court Registry. (Doc. # 136.) Plaintiff Nicolas Donez has withdrawn his objection to the motion. (Doc. # 138.) The Court is fully advised of the premises. Accordingly, it is

ORDERED that Defendant Leprino Foods, Inc.'s Motion for Disbursement of Funds (Doc. # 136) is GRANTED. It is

FURTHER ORDERED that the Clerk of Court shall distribute all funds held in the Court Registry in this case, in the amount of $7,649.21, plus interest accrued, by a check made payable to "Leprino Foods Company," referencing 19-cv-00285-CMA-NRN, and mailed to:

Leprino Foods Company
1830 W. 38th Avenue
Denver, CO 80211
DATED:  May 5, 2022

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge